# EXHIBIT D

Department of Technology and Information
Statement of Work



## Introduction

|  | Delaware Wireless Broadband Project |
|---|---|
|  | TBD |
|  | TBD |
|  | TBD |
|  | Kristin Skurla |

## Background

While the state has invested significant resources in the deployment of its Rural High Speed Wireless Network, COVID-19 has demonstrated that more needs to be done and it needs to be done quickly.  As residents, businesses, employees and students are being required to stay home to work and to home school as required by the Governors State of Emergency declaration, many that live in underserved areas are unable to do so due to lack of connectivity. This causes both a public safety issue as well as an economic impact to the state.  Rapidly deploying broadband to areas without it will play a role in enabling telemedicine, telework and distance learning.

Also, beside the lack of connectivity, the lack of affordability by low income families must be addressed. The WO defines and covers subsidized service to these qualified low-income families.

## Project Scope

<u>Supplier Services</u>

In April 2020, due to COVID-19, DTI has requested Bloosurf to accelerate the deployment of the tower sites so that the access network is complete by the end of July 2020.

Bloosurf, the supplier, will increase its customer's installation capability in a way to reach up to 250 installations a month.

Due to Covid-19, DTI has requested Bloosurf to accelerate the deployment of the wireless network and increase its installation capability over the next months to connect more households to the DTI funded wireless network.

While an installation rate of 250 a month is ulimately sought, it is yet unclear how the demand will scale up when new tower sites come online.

According to Bloosurf 's experience, however, meeting this requirement would mean having 9 full time installers.




In addition to accelerating the tower builds, Bloosurf will need to accelerate the customer installations. If Bloosurf needs to sub-contract for customer installations, the new sub-contractor(s) must be onboarded and ready for installs by July 1, 2020. Failure to comply with this, will allow the State of Delaware to intercede and provide vendors for the installs. If the State must provide vendors for installs, Bloosurf will train them on the installs prior to having them start the installations.

Approval by Delaware of Bloosurf's request to subcontract or acceptance of or payment for subcontracted work by Delaware shall not in any way relieve Bloosurf of responsibility for the professional and technical accuracy and adequacy of the work.

Use of a subcontractor does not in any way relieve Bloosurf of responsibility for the professional and technical accuracy and adequacy of the work. Bloosurf shall be responsible for all performance under this contract, including all project management, legal and financial responsibility for the implementation of all systems. Further, Bloosurf shall be and remain liable for all damages to the State of Delaware caused by negligent performance or non-performance of work by its subcontractor.

Any appointed subcontractor, by Bloosurf, is not permitted to subcontract any work for this SOW.

To meet this requirement, Bloosurf is offering a flexible three pronged approach:

- Step up Bloosurf 's capabilities with three more installers and an additional customers' representative for scheduling. This amounts to $130,000. This amount will cover the CAPEX cost of the reinforced installation team as well as a new customer management representative for three months.

- Also, to meet the new requirement for non standard installations in the 100s, a buckettruck should be procured by Bloosurf for $60,000.

- Sub-contract "easy installations" to one or several Delaware companies able to jointly provide up to 4 more full time installers.

- Launch a pilot that would aim at demonstrating the benefits of deploying a mast in a customer's exclusive use area and accelerate non standard installations. This pilot would cover 10 such installations for a cost of $25,000 or $2500 per mast. These will be billed monthly.

- The pilot described above was necessary to validate the process and the associated cost. The mast deployment is outsourced to a DE contractor on contract, currently JD sign. If another contractor is selected Bloosurf will provide the associated contract to DTI.

- Bloosurf or its subcontractor performs testing at different elevations with a bucket truck and selects the mast height needed. Then, the contractor agrees with the customer to deploy and deploys the mast at the customers' premises and attaches the CPE on top of the mast and test the installation at the foot of the mast.

---

SKA5.3.18         DTI Vendor Statement of Work Template         

- The extension from the foot of the mast to the house which corresponds to a standard installation will be performed by Bloosurf senior installer and charged $150 to customer or DTI as indicated below.

- In most cases trenching will be necessary to lay the cable from mast to home, this trenching will be charged a flat $150 to customer or DTI as indicated below.

- After the pilot phase the mast deployment described above will be charged a $3000.00 a piece for a 65' mast and $10,000.00 a piece for a 85' mast. These prices cover all bucket truck testing to optimize mast height. This price is associated with a bulk order of masts. The bulk order requires a down payment of $1000/mast, or $100,000.00 for the first batch of 100 masts.

**In addition, due to Covid-19 environment where CDC guidance applies and where installers are hard to find, and the choice of sub-contracting some of the installations, $100 will be charged to DTI for each installation performed the prior month until the Covid-19 restrictions do not apply.**

Subsidized service

Also, Bloosurf agrees to install and serve qualified low income families. The service will be our standard 15/2Mbps offer limited from 6am to 6pm and exclusively limited to applications/protocols needed for remote learning. For this service, DTI will pay Bloosurf monthly $30 for each served qualified low income family, the installation cost ($100 fee during the COVID period, $150 for a standard installation, $300 for a non standard installation when trenching is required) will alo apply.

Qualified low-income family means:
- With a student attending a publicly funded DE school district or charter.
- Eligible for any of the following public assistance programs (Medicaid, PHA, SNAP, TANF, SSI, NSPL/HEAD START, LIHEAP, WIC)
- Lives in a location served by Bloosurf
- Is not a current Bloosurf's customer.

Bloosurf will not be responsible to check the eligibility of the low-income families. All families sent to Bloosurf by DTI or a School District will be considered eligible by Bloosurf.

Bloosurf will protect the confidentiality and privacy of these families as it does with all its current customers. Any additional compliance requirement will be discussed between DTI and Bloosurf and the WO amended if necessary.

Hence every month, Bloosurf will provide DTI with an accurate installation and service report per tower site.



## Work Schedule with Deliverable Dates

| KEY ACTIVITY | DUE DATE | COMMENT |
|---|---|---|
| Standard installations | No later than Close of Business of the first full business day of the next month | This will be a comprehensive report of all installations done from the first through last day of the month. |
| Mast deployments | No later than Close of Business of the first full business day of the next month | This will be a comprehensive report of all mast installations done from the first through last day of the month. |
| Procurement of Installation Equipment for 3 more installers | 6/15/2020 | Equipped trucks and associated equipment |
| Broadband service for qualified low-income families | No later than 12/31/2021 | Subscriptions will stop at the end of the year 2021 if an amendment is not implemented before December 31st, 2021 |

## Out of Scope

Any additional compliance requirement, shall it arise, is not part of this proposal and shall trigger an amendment to the Work Order.

## Location

The work will be done at customers's premises.

## Project Contacts

| Bloosurf LLC | |
|---|---|
| Name: | Vincent Sabathier |
| Title: | Chief Executive Officer |
| Address1: | 1222 Old Ocean City Rd. Ocean City, MD 21804 |
| Address2: | |
| Phone: | 1 202 285 5688 |
| Email: | vincent@bloosurf.com |

| Department of Technology and Information | |
|---|---|
| Name: | Chris Cohan |
| Title: | Chief of Policy and Communications |
| Address1: | 801 Silver Lake Blvd. Dover, DE 19904 |
| Address2: | |
| Phone: | 302-739-9849 |
| Email: | Chris.Cohan@Delaware.gov |

**Project Guidelines**

<u>DTI Responsibilities</u>

DTI will supply a project manager that will track performance, review reports when received and schedule meetings as needed to complete the work for this SOW.

<u>Mutual responsibilities</u>

The parties will coordinate during a weekly progress meeting and will communicate as needed via phone and email between these meeting.

<u>Change in Scope</u>

Procedures related to Scope Changes shall be defined by the contract under which the work is being performed and that contract takes precedence over this Statement of Work. Should it be determined additional guidance is needed the following language will apply, if additional work outside the initial scope is needed, a new proposal must be submitted. This proposal should have all the elements of the initial proposal (i.e. Project Scope, Project Contacts, Project Guidelines, Resources and Fees and Invoicing to include Project Milestones) and be submitted to the DTI Project Manager for review and acceptance. If a Notice to Proceed is required a Revised Notice to Proceed may be issued if the DTI Procurment Office deems it necessary.

<u>Progress Reports</u>

Bloosurf will provide monthly installation report as defined above. If reports are not received, Bloosurf is subject to having payments withheld until all reports are furnished to the State's acceptance.

The State retains the right to request ad-hoc interim reporting, as deemed necessay, from Bloosurf. Bloosurf will furnish any ad-hoc report within 24 hrs of the request being made from the State.

<u>Acceptance of Deliverables</u>

Bloosurf will email all reports, as defined above, by the specified timeframes. DTI will confirm receipt of the reports, review the reports and respond with any question or known discrepancies within 48 hrs of receipt.

SKA5.3.18        DTI Vendor Statement of Work Template

Work Hours and Time Off

Installation time is coordinated with each customer and can happen during regular business hours, or outside of these hours and weekends.

## Resources

### Required Resources

| JOB TITLE | CONTRACT RATE | ESTIMATED NEED | TOTAL COST |
|---|---|---|---|
| Bloosurf Installation Experts | Full rates vary between $95 and $145 per hour | 2.5 to 5 hours (including driving) | Rate*Hours |
|  | Depends on success rate and in-house vs contractor among other things |  |  |

## Fees and Invoicing

### Payment Milestones

| KEY ACTIVITY | DUE DATE | PAYMENT |
|---|---|---|
| Installation Equipment Procurement | 5/20/2020 | $120,000.00 |
| Customers' representative (3 months only) | Monthly | $3333.00 (for August, September and October) |
| Testing Equipment (bucket truck) | 10/31/2020 | $60,000 |
| Customer Installations non-subsidized | Monthly | $100/installation |
| Customer Standard Installations subsidized (qualified low income) | Monthly | $250 :($150+$100)/installation |
| Mast procurement and deployment (includes provisioning and commissioning and all bucket truck testing in Delaware, does not include CPE installation above). The rates above shall apply for CPE installation. | Monthly | $3,000.00/ for 65' mast $10,000.00/ for 85' mast Masts bulk procurement might require down payment |
| Trenching if needed from mast to home will be charged $150 to customer, or to DTI if qualified low- income customer | Monthly | $150.00 |
| Subscription for 15/2Mbps service from 6am to 6pm to installed qualified low-income customers up to the 31st of December 2021. Bloosurf might filter the traffic and limit such traffic to remote | Monthly | $30/subscriber |

| | | |
|---|---|---|
| learning applications specified by DTI. If service is requested beyond this date an amendment to this contract will be negotiated. | | |
| Down payment for the procurement of 100 masts | Once at the signature of the WO | $1000/mast or $100,000.00 |

**The total cost shall not exceed $700,000.**

Payments for services will not be made in advance of work performed. Payment Milestones shall be based on the deliverable schedule if no payments are assigned to deliverables, payment will only be authorized upon full completion of the Statement of Work.

The terms and conditions of the State of Delaware, Department of Technology and Information, **RURAL BROADBAND INTERNET NETWORK DTI180023-BRBND_NET** apply in full to the proposals and resulting services and products provided under this Statement of Work.

For DTI

Name: Chris Cohan

Signature: *[signature]*

10/23/2020

For Bloosurf

Vincent SABATHIER
CEO
*[signature]*

10-22-2020.