# EXHIBIT G

## **Consent to Assignment**

Pursuant to Section 7 of the EBS Long Term De Facto Lease Agreement between each of the University of Maryland Eastern Shore, Salisbury University and Wor-Wic Community College, on one hand "Licensees"), and Bloosurf LLC (Bloosurf"), on the other hand, dated January 4, 2011 (the "Lease"), Bloosurf hereby consents to the assignment of the Lease to TDI Acquisition Sub, LLC, a Delaware limited liability corporation ("Clearwire").

Bloosurf hereby confirms that the Lease is valid and effective until the expiration date of the Licensees' licenses as follows: WNC436 expiration September 7, 2024, WNC437 expiration September 7, 2024, and WNC463 expiration October 12, 2024, or upon thirty (30) days' written notice by Bloosurf, whichever occurs first. Bloosurf further confirms that it is not aware of any breaches or defaults under the Lease.

The assignment of the Licenses to Clearwire is subject to the prior consent of the Federal Communications Commission ("FCC"). Bloosurf agrees to not object to, interfere with or delay the FCC's consent.

Licensees and Clearwire may rely on this Consent, which shall inure to their benefit. This Consent is governed by the laws of the State of Maryland, without regard to the conflict of laws provisions.

**BLOOSURF, LLC**

By: _____

Name:
Title:
Date: