# EXHIBIT H

```
Date          : 9/15/2021 4:38:32 PM
From          : "Haddix, Toni"
To            : "Coran, Steve"
Cc            : "Mehta, Tajit"
Subject       : RE: University of Maryland NDA
Attachment    : T-Mobile MD NDA 9 15 2021.docx;image003.png;image004.png;
```

Hi, Steve.

Taj asked me to review the NDA. No issues with substance. I have added the correct T-Mobile entity, and our signature block in the attached. I have also added our address for any notices. Could you add a notice address for licensees (I am assuming it is you?). However you want to format the document is fine.

Do you want T-Mobile to sign first?

Thanks,
Toni

Toni Haddix (She/Her/Hers)
Principal Corporate Counsel

**T Mobile**

Mobile 919.520.9104 | toni.haddix@t-mobile.com
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram

---

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Tuesday, September 14, 2021 4:14 PM
**To:** Mehta, Tajit <Tajit.Mehta@t-mobile.com>
**Subject:** University of Maryland NDA

[External]

Taj □

Attached is the NDA with the University of Maryland colleges. I don□t have Heather□s email address, so please forward this to her. Any questions, just let me know. Thanks.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn

**LermanSenter**

1

| | |
|---|---|
| **Date** | : 11/15/2021 6:04:49 PM |
| **From** | : "Hirzel, Angie" |
| **To** | : "Coran, Steve" |
| **Subject** | : RE: University of Maryland |
| **Attachment** | : image002.png;image003.png; |

Hi Steve, Bloosurf got assigned to Toni. She will reach out to you shortly, thanks,

Angie

Angie Hirzel
Senior Corporate Counsel



Direct 847.737.1264 | Mobile 703.217.9640  | angie.hirzel@t-mobile.com
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram

---

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Monday, November 15, 2021 12:41 PM
**To:** Hirzel, Angie <Angie.Hirzel@t-mobile.com>
**Subject:** University of Maryland

[External]

Angie ☐

Taj suggested to me last week that we should get together to discuss the Bloosurf lease expiration date and ways we can deal with that. Any chance you are available today? If not, tomorrow before 3 will work. Thanks,.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn



2

**Date**        : 12/10/2021 5:29:10 PM
**From**        : "Haddix, Toni"
**To**          : "Coran, Steve"
**Cc**          : "Mehta, Tajit"
**Subject**     : RE: MD Licenses
**Attachment**  : image001.png;image002.png;

Thanks, Steve. I can try you later this afternoon.

My concern with this approach --- T-Mobile will be purchasing licenses that are leased, and without an end date to the lease, we end up in a dispute with Bloosurf re the lease termination. (I know you and I agree on the term of the lease, but I am not sure Bloosurf will.) That's why we want the consent and end date up front. But we can talk through this afternoon. Toni

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Friday, December 10, 2021 12:08 PM
**To:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Cc:** Mehta, Tajit <Tajit.Mehta@sprint.com>
**Subject:** RE: MD Licenses

[External]

Toni –

It would be unusual to seek Bloosurf's consent before we have a signed deal. If Bloosurf asks, I want to be able to tell them we have a signed deal that is subject only to their consent and the FCC's. I am OK with using a heard date, but note that there are two dates – one for two of the licenses and a different one for the third. I'm open to your suggestions on how to handle.

I'm available until about 12:45 and then again from 2-4 this afternoon.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn

**LermanSenter**

**CONFIDENTIALITY NOTICE**: This message, including attachments, is intended solely for the addressee(s) and may contain information protected by the attorney-client privilege or attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this email in error, please do not read this email and please destroy it and notify the sender immediately.

**From:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Sent:** Friday, December 10, 2021 11:56 AM
**To:** Coran, Steve <SCoran@lermansenter.com>
**Cc:** Mehta, Tajit <Tajit.Mehta@sprint.com>

3

**Subject:** RE: MD Licenses

Hi Steve – I have started looking at these revisions.

An initial issue we should discuss before any additional changes – It is my understanding that we want Bloosurf's consent to the assignment prior to signing the APA. And their agreement on the term date of the lease (would rather a hard date be listed instead of expiration of licenses, since they can be renewed). Let me a know a good time to talk through that.

Thanks,
Toni

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Tuesday, December 7, 2021 12:24 PM
**To:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Subject:** RE: MD Licenses

**[External]**

Toni –

Attached are our markups to the purchase agreement and the consent.  A few high-level observations:
- Purchase Agreement
    ◦ Added reference to the Bloosurf lease and the need to get consent
    ◦ Added language concerning the Maryland Public Information Act
    ◦ Some changes to the Indemnity section
    ◦ Deleted the Specific Performance section
- Consent
    ◦ Re-cast as a one-party document to be signed by Bloosurf upon which we can both rely
    ◦ Used the license expiration date as the lease expiration date
    ◦ We want to sign the purchase agreement first, then get Bloosurf's consent

Please let me know if you have questions or wish to discuss.  Thanks.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn

**From:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Sent:** Monday, November 29, 2021 12:46 PM
**To:** Coran, Steve <SCoran@lermansenter.com>
**Subject:** MD Licenses

Hi, Steve. I have taken a first stab at drafting docs for the MD licenses transactions.

4

The first is the assignment and consent doc. It is my understanding the APA is contingent upon the execution of the assignment and consent doc.

In the interest of time and assuming the assignment and consent doc is signed, I have attached an initial draft of the APA.

Please let me know your thoughts. Hope you had a nice Thanksgiving! Toni

Toni Haddix (She/Her/Hers)
Principal Corporate Counsel

**T··Mobile**

Mobile 919.520.9104 | toni.haddix@t-mobile.com
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram

**Cc:** Mehta, Tajit <Tajit.Mehta@sprint.com>
**Subject:** RE: MD Licenses

[External]

Toni –

Thanks.  It does work better for me if you accept my changes and then send me a version that shows only the new ones you've made.  Is that something you can easily do, before I start looking at these?

On the consent, I understand your position.  I'll need to discuss with my client, of course.  I don't think we intended to take on the expiration risk 100%, so that may be something we need to work on a bit.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn

**LermanSenter**

**CONFIDENTIALITY NOTICE**: This message, including attachments, is intended solely for the addressee(s) and may contain information protected by the attorney-client privilege or attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited.  If you received this email in error, please do not read this email and please destroy it and notify the sender immediately.

**From:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Sent:** Tuesday, December 14, 2021 3:02 PM
**To:** Coran, Steve <SCoran@lermansenter.com>
**Cc:** Mehta, Tajit <Tajit.Mehta@sprint.com>
**Subject:** RE: MD Licenses

Hi, Steve –

Attached are minor revisions to the APA and consent. I have left your comments redlined, just so we can see all of the changes. But unless I have crossed out I am ok with them. Let me know if you'd rather I accept and add my changes –

APA – the main addition is that Bloosurf has to agree to the 2024 expiration dates in the consent, or T-Mobile does not have to consummate the transaction. I have added the specific dates to the consent, as well as a 30 day notice provision for Bloosurf should they wish to terminate the lease prior to the 2024 dates.

In the interest of time, I am sending this to Taj at the same time I am sending to you.

Thanks
Toni

6

**Date           : 12/22/2021 3:20:58 PM**
**From           : "Haddix, Toni"**
**To             : "Coran, Steve"**
**Cc             : "Mehta, Tajit"**
**Subject        : RE: MD Licenses**
**Attachment : MD Licenses APA Execution Copy RED.docx;MD Licenses APA Execution Copy.docx;MD Licenses APA Execution Copy.pdf;MD Bloosurf Lease Consent Final 12 21 2021.docx;MD Bloosurf Lease Consent Final 12 21 2021.pdf;image001.png;image002.png;**

APA attached. I found an error and corrected.

I also have attached the consent, and added one sentence to the second paragraph: ☐n no event shall the Lease extend past October 12, 2024.☐Please let me know if you want a redline of that document.
Thanks
Toni

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Monday, December 20, 2021 1:01 PM
**To:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Cc:** Mehta, Tajit <Tajit.Mehta@sprint.com>
**Subject:** RE: MD Licenses

[External]

Yes, but a few formatting issues on that (underlining, etc.) which you will probably catch.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn

**LermanSenter**

**CONFIDENTIALITY NOTICE**: This message, including attachments, is intended solely for the addressee(s) and may contain information protected by the attorney-client privilege or attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited.  If you received this email in error, please do not read this email and please destroy it and notify the sender immediately.

**From:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Sent:** Monday, December 20, 2021 1:00 PM
**To:** Coran, Steve <SCoran@lermansenter.com>
**Cc:** Mehta, Tajit <Tajit.Mehta@sprint.com>
**Subject:** RE: MD Licenses

Thanks, Steve. I will get you that today. Consent doc as well?

7

| | |
|---|---|
| **Date** | : 12/22/2021 4:37:52 PM |
| **From** | : "Haddix, Toni" |
| **To** | : "Coran, Steve" |
| **Cc** | : "Mehta, Tajit" |
| **Subject** | : RE: MD Licenses |

**Attachment** : MD Licenses APA Execution Copy.pdf;MD Licenses APA Execution Copy.docx;MD Bloosurf Lease Consent Execution Copy.pdf;MD Bloosurf Lease Consent Execution Copy.docx;image001.png;image002.png;

Thanks, Steve.

That works for us. Revised docs attached.

Toni

Toni Haddix (She/Her/Hers)
Principal Corporate Counsel

**T Mobile**

Mobile 919.520.9104 | toni.haddix@t-mobile.com
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram

---

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Wednesday, December 22, 2021 11:10 AM
**To:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Cc:** Mehta, Tajit <Tajit.Mehta@sprint.com>
**Subject:** RE: MD Licenses

[External]

Toni □

Two things:
- In the Purchase Agreement, let□s just delete □by Seller/Buyer in writing□ in those two places.  No need to limit, and the following clauses define what can and cannot be waived and by whom.
- In the Consent, I□d rather not include that new sentence.  We are trying to be fairly subtle, and that sentence stands out like a sore thumb.  It also could limit our ability to agree to something else to which T-Mobile might be agreeable, e.g., an extension until October 31, 2024 or a short transition period.  So can we delete that?  If they sign it, then you have what you need with respect to the dates.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn



**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn

**CONFIDENTIALITY NOTICE**: This message, including attachments, is intended solely for the addressee(s) and may contain information protected by the attorney-client privilege or attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this email in error, please do not read this email and please destroy it and notify the sender immediately.

**From:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Sent:** Tuesday, December 14, 2021 3:02 PM
**To:** Coran, Steve <SCoran@lermansenter.com>
**Cc:** Mehta, Tajit <Tajit.Mehta@sprint.com>
**Subject:** RE: MD Licenses

Hi, Steve –

Attached are minor revisions to the APA and consent. I have left your comments redlined, just so we can see all of the changes. But unless I have crossed out I am ok with them. Let me know if you'd rather I accept and add my changes…

APA – the main addition is that Bloosurf has to agree to the 2024 expiration dates in the consent, or T-Mobile does not have to consummate the transaction. I have added the specific dates to the consent, as well as a 30 day notice provision for Bloosurf should they wish to terminate the lease prior to the 2024 dates.

In the interest of time, I am sending this to Taj at the same time I am sending to you.

Thanks
Toni

Toni Haddix (She/Her/Hers)
Principal Corporate Counsel
Mobile 919.520.9104 | toni.haddix@t-mobile.com
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Tuesday, December 7, 2021 12:24 PM
**To:** Haddix, Toni <Toni.Haddix@t-mobile.com>

9

| | |
|---|---|
| **Date** | : 1/31/2022 2:14:28 PM |
| **From** | : "Haddix, Toni" |
| **To** | : "Coran, Steve" |
| **Subject** | : RE: Bloosurf |
| **Attachment** | : image001.png;image002.png; |

Thanks. Toni

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Monday, January 31, 2022 9:13 AM
**To:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Subject:** RE: Bloosurf

[External]

The client requested consent about a week ago.  I haven☐t heard anything, and they are good about letting me know if anything has happened.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn

**CONFIDENTIALITY NOTICE**: This message, including attachments, is intended solely for the addressee(s) and may contain information protected by the attorney-client privilege or attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited.  If you received this email in error, please do not read this email and please destroy it and notify the sender immediately.

**From:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Sent:** Monday, January 31, 2022 9:06 AM
**To:** Coran, Steve <SCoran@lermansenter.com>
**Subject:** Bloosurf

Hi Steve ☐Wanted to check in on the Bloosurf consent.

Thanks!
Toni

Toni Haddix (She/Her/Hers)
Principal Corporate Counsel
**T-Mobile**
Mobile 919.520.9104 | toni.haddix@t-mobile.com
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram

**Date** : 2/28/2022 10:32:48 PM
**From** : "Haddix, Toni"
**To** : "Coran, Steve"
**Subject** : Bloosurf
**Attachment** : image001.png;

Any word?

Nice presentation today BTW.

Thanks
Toni

Toni Haddix (She/Her/Hers)
Principal Corporate Counsel

**T Mobile**

Mobile 919.520.9104 | toni.haddix@t-mobile.com
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram

11

**Date**          : 3/24/2022 5:57:25 PM
**From**          : "Haddix, Toni"
**To**            : "Coran, Steve"
**Subject**       : Re: Bloosurf
**Attachment** : image002.png;image003.png;

Guessing we still haven☐t heard anything? Thanks

---

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Monday, February 28, 2022 5:34 PM
**To:** Haddix, Toni
**Subject:** RE: Bloosurf

[External]

No, Karen sent a note to Bloosurf on Friday.  No answer yet.

Thanks for watching, hope I didn☐t offend.;)

Stephen E. Coran
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter  |  LinkedIn

**CONFIDENTIALITY NOTICE**: This message, including attachments, is intended solely for the addressee(s) and may contain information protected by the attorney-client privilege or attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited.  If you received this email in error, please do not read this email and please destroy it and notify the sender immediately.

**From:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Sent:** Monday, February 28, 2022 5:33 PM
**To:** Coran, Steve <SCoran@lermansenter.com>
**Subject:** Bloosurf

Any word?

Nice presentation today BTW.

Thanks
Toni

Toni Haddix (She/Her/Hers)
Principal Corporate Counsel



**Date**          : 3/28/2022 6:41:06 PM
**From**          : "Haddix, Toni"
**To**            : "Coran, Steve"
**Subject**       : RE: Bloosurf
**Attachment**    : image001.png;image002.png;

Thanks, Steve for the update. Good news that they haven't raised any questions on the expiration date yet.

Toni

**From:** Coran, Steve <SCoran@lermansenter.com>
**Sent:** Thursday, March 24, 2022 2:08 PM
**To:** Haddix, Toni <Toni.Haddix@t-mobile.com>
**Subject:** RE: Bloosurf

[External]

We had a call with Bloosurf's counsel a few weeks ago. They have two concerns (one very much unrelated):

1. Bloosurf apparently is continuing to experience interference from T-Mobile's operations. Taj gave me the names of the T-Mobile folks they can talk to you. Unrelated to our deal.
2. As we've discussed, Bloosurf has obligations under funding programs to deploy service over some or all of the licensed area. I asked if they had a spectrum alternative given that they could use, especially since they bought CBRS spectrum at the auction last year. On Tuesday, Bloosurf's lawyer said Bloosurf was working on a concrete solution and wanted to share that directly with T-Mobile. I said that the Colleges needed to be part of any discussion and that we would not accept less than the deal we have with T-Mobile (I didn't explain what that was). I passed this information on to Taj, and he provided some thoughts that we can use as discussions proceed. Notably, Bloosurf has not raised questions about the September 2024 expiration date.

I realize that Bloosurf's deployment obligations is not our problem, but I can also see why they believe withholding consent would not be unreasonable under the circumstances. So I'm willing to give them some latitude. I hope they come up with a proposal that is acceptable to all. We will continue to stay on top of this.

**Stephen E. Coran**
**Attorney, Lerman Senter PLLC**
2001 L Street NW | Suite 400 | Washington DC 20036
202-416-6744 (d) | 202-669-3288 (m)
scoran@lermansenter.com
Twitter | LinkedIn

**LermanSenter**

**CONFIDENTIALITY NOTICE**: This message, including attachments, is intended solely for the addressee(s) and may contain information protected by the attorney-client privilege or attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you

| | |
|---|---|
| **Date** | : 11/2/2022 1:30:43 PM |
| **From** | : "Goldstein, James" |
| **To** | : "Coran, Steve" |
| **Subject** | : bloosurf |
| **Attachment** | : image001.png; |

Here was the expected response from Bloosurf to our demand that they provide the consent before we meet to discuss anything else.  I have not responded and don☐t necessarily plan to for a while.  We don☐t really have anything to discuss with them ☐they want us to solve their problem and that is not going to happen.

James, I☐m trying, on the long-held belief that committing to talk is far better than not talking.  The purpose of a meeting is to move quickly to a productive resolution of all issues between the companies.  Your suggestion that Bloosurf should provide consent to the transfer as a condition of the meeting is a nonstarter.  We either hash everything out together in one meeting (or perhaps two) or we don☐t.  I urge you to reconsider and allow the business folks on both sides at least one good shot at getting to yes.


James Goldstein
Director, Technology and Engineering Policy

**T Mobile**

Direct 703.433.4212 | Mobile 703.906.3589  | james.goldstein@t-mobile.com
T-Mobile.com | Follow T-Mobile on Twitter, Facebook and Instagram