# EXHIBIT K

# KPMG Corporate Finance

Discussion Materials

Prepared for



April 2021

# Understanding Your Objectives is to Key to a Successful Transaction

**We appreciate the opportunity to continue our discussions with Bloosurf and explore transaction alternatives relative to its shareholders' objectives.**



**Today, we would like to dive deeper into the types of transaction alternative available to the Company - - each comes with its own set of considerations (e.g., near-term liquidity vs. future upside)**



**We also would like to discuss the potential valuation the market could ascribe to the business via an organized transaction process managed by a proven investment banking team**

©2021 KPMG Corporate Finance LLC, a Delaware limited liability company. Member FINRA/SIPC. KPMG Corporate Finance LLC is a subsidiary of KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.



# Alternatives Based on Shareholder Objectives

## A balance between short-term liquidity and retained ownership / future upside

| | Minority Recap | Majority Recap | Full Sale |
|---|---|---|---|
| **Description** | ■ New investor purchases minority equity stake (can be combined with a debt raise)<br>■ Proceeds could be used to fund the Company's growth plan and could also provide liquidity to existing owners | ■ Private equity fund or corporate purchases a controlling equity stake typically from existing shareholders, but could also include primary shares resulting in cash on the balance sheet<br>■ Owners retain a minority equity stake and positioned for a "second bite of the apple" when the Company has its subsequent exit | ■ Full sale of the Company to a private equity fund or corporate (100% control)<br>■ If a full sale is closed with a private equity firm, it is likely that they would look for existing shareholders / key employees to "roll" a portion of their proceeds into the new company |
| **Security / Form** | Equity, quasi-debt equity | Equity, quasi-debt equity | Equity or asset sale |
| **Investor Type** | Private equity | Private equity, corporate | Private equity, corporate |
| **Retained Ownership** | 60% - 90% | 10% - 40% | 0% |
| **Other Considerations** | ■ Significant upside potential<br>■ Potential value-add partner<br>■ Major strategic decisions may require investor(s) approval<br>■ Commitment to provide existing investors with liquidity at future date<br>■ Can be combined with leverage, thus utilizing borrowing capacity<br>■ Typically equity investors prefer proceeds allocated to growth plan<br>■ Transaction documentation would include standard minority protection provisions for new investor | ■ Substantial liquidity<br>■ Potential value-add partner<br>■ Typically retain management control of operations<br>■ Opportunity for shareholder reinvestment and incentives<br>■ Major strategic decisions will require investor approval<br>■ Can be combined with leverage, thus utilizing borrowing capacity<br>■ Transaction documentation would include standard minority protection provisions for owners | ■ Maximize liquidity and valuation at present day<br>■ Employment contract(s)<br>■ Potential cultural changes<br>■ Limited or no future upside<br>■ "Earnout", employment contract(s) and other structural considerations<br>■ Sale of assets vs. equity decision driven by tax and survival of liabilities |



©2021 KPMG Corporate Finance LLC, a Delaware limited liability company. Member FINRA/SIPC. KPMG Corporate Finance LLC is a subsidiary of KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

# Comparable Public Company Enterprise Value / EBITDA Multiples

## Larger companies tend to trade at higher valuation multiples given their scale and stability

- - - - **EV / EBITDA Median: 9.9x**

**EV / LTM EBITDA**

| | AT&T | Verizon | COMCAST | Charter COMMUNICATIONS | LUMEN | altice | dish | Cable One | cogent | gtt | Consolidated communications |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Company Name** | | | | | | | | | | | |
| Multiple | 8.1x | 7.8x | 11.6x | 11.6x | 5.7x | 9.9x | 8.8x | 19.5x | 21.5x | 9.9x | 5.1x |
| **Market Cap ($MM)** | $221,149 | $244,606 | $251,203 | $119,886 | $14,654 | $15,576 | $19,732 | $10,983 | $3,257 | $108 | $546 |
| **EV ($MM)** | $411,931 | $375,103 | $355,544 | $209,524 | $47,869 | $42,523 | $32,173 | $12,791 | $4,097 | $3,715 | $2,402 |
| **LTM Revenue ($MM)** | $171,760 | $128,292 | $103,564 | $48,097 | $20,712 | $9,895 | $15,493 | $1,325 | $553 | $1,702 | $1,304 |
| **LTM EBITDA ($MM)** | $50,689 | $48,119 | $30,593 | $18,101 | $8,455 | $4,289 | $3,654 | $655 | $190 | $376 | $473 |

Source: Capital IQ as of April 12, 2021



©2021 KPMG Corporate Finance LLC, a Delaware limited liability company. Member FINRA/SIPC. KPMG Corporate Finance LLC is a subsidiary of KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

4

# Comparable Precedent Transaction Enterprise Value / EBITDA Multiples

## Larger companies tend to yield higher valuation multiples given their scale and stability

- - - - -   EV / EBITDA Median: 10.2x

**EV / LTM EBITDA**

| | 6.4x | 10.2x | 12.9x | 10.8x | 7.9x | 11.0x | 11.2x | 6.5x | 8.5x |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Target** | Project Crystal | altice | Shaw) | Sunrise | PLAY | euskaltel | Telia Carrier | Alaska COMMUNICATIONS. | NorthState |
| **Acquirer** | Private Equity | Next Private B.V. | ROGERS. | upc | iliad | MÁSMÓVIL | POLHEM INFRA | ATN International | SEGRA |
| **Abstract** | Telecommunications services | Telecommunications and media services | Connectivity company | Telecommunication services | Telecommunication services | Telecommunication services | Wireless telecommunication services | Broadband telecommunication | Telecommunication services |
| **EV ($MM)** | $27 | $52,816 | $20,837 | $7,343 | $4,287 | $4,119 | $1,060 | $414 | $233 |
| **EV / Revenue** | 1.0x | 3.0x | 5.0x | 3.5x | 2.3x | 4.8x | 1.8x | 1.7x | 1.7x |
| **Announced Date** | Dec-20 | Sep-20 | Mar-21 | Aug-20 | Sep-20 | Mar-21 | Oct-20 | Dec-20 | Dec-19 |

Source: Capital IQ, 451 Research, MergerMarket, Thomson One, and other publicly available sources



©2021 KPMG Corporate Finance LLC, a Delaware limited liability company. Member FINRA/SIPC. KPMG Corporate Finance LLC is a subsidiary of KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

# Financial Performance Summary

**Below is a summary of the historical and projected financial results provided by the Company utilized in our preliminary valuation analysis.**

($ in thousands)

| | | Actual | | Estimated | | | CAGR | |
|---|---|---|---|---|---|---|---|---|
| | | FYE 12/31/19 | FYE 12/31/20 | FYE 12/31/21 | FYE 12/31/22 | FYE 12/31/23 | 2019-2021E | 2021E-2023P |
| Revenue - CAF II | | 319 | 547 | 547 | 547 | 547 | | |
| **Revenue** | $ | 1,682 | $ 3,934 | $ 6,016 | $ 7,727 | $ 9,838 | 89.1% | 27.9% |
| *% Annual Growth* | | | *133.9%* | *52.9%* | *28.4%* | *27.3%* | | |
| Cost of Sales (excluding D&A) | | 184 | 332 | 469 | 799 | 1,042 | | |
| **Gross Profit** | | 1,498 | 3,602 | 5,548 | 6,928 | 8,796 | 92.4% | 25.9% |
| *% Gross Margin* | | *89.1%* | *91.6%* | *92.2%* | *89.7%* | *89.4%* | | |
| Operating Expenses (excluding D&A) | | 638 | 914 | 1,158 | 1,451 | 1,510 | | |
| **EBITDA** | $ | 861 | $ 2,688 | $ 4,389 | $ 5,478 | $ 7,286 | 125.8% | 28.8% |
| *% EBITDA Margin* | | *51.2%* | *68.3%* | *73.0%* | *70.9%* | *74.1%* | | |
| *% Annual Growth* | | | *212.4%* | *63.3%* | *24.8%* | *33.0%* | | |
| Capital Expenditures | | 763 | 2,098 | 2,785 | 13,300 | 3,000 | | |
| *% of Revenue* | | *45.4%* | *53.3%* | *46.3%* | *172.1%* | *30.5%* | | |
| Depreciation and Amortization | | 155 | 219 | 428 | 707 | 2,037 | | |
| *% of Revenue* | | *9.2%* | *5.6%* | *7.1%* | *9.1%* | *20.7%* | | |
| **Net Working Capital:** | | | | | | | | |
| Accounts Receivable | $ | 90 | $ 99 | $ 109 | $ 120 | $ 153 | | |
| Inventory | | 384 | 750 | 450 | 400 | 522 | | |
| **Total Current Assets** | | 474 | 849 | 559 | 520 | 675 | | |
| Accounts Payable | | 463 | 900 | 700 | 600 | 764 | | |
| Other Current Liabilities | | 74 | 68 | 78 | 88 | 112 | | |
| **Total Current Liabilities** | | 537 | 968 | 778 | 688 | 876 | | |
| **Net Working Capital (excl. cash and debt)** | $ | (62) | $ (119) | $ (219) | $ (168) | $ (201) | | |
| NWC as % of Revenue | | (3.7%) | (3.0%) | (3.6%) | (2.2%) | (2.0%) | | |
| Change in NWC | | (62) | (56) | (100) | 51 | (33) | | |
| **Working Capital Statistics** | | | | | | | | |
| Days Sales Outstanding (DSO) | | 19.6 | 9.2 | 6.6 | 5.7 | 5.7 | | |
| Inventory Turnover | | 0.5 | 0.4 | 1.0 | 2.0 | 2.0 | | |
| Other Current Assets as % of Revenue | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | |
| Days Payable Outstanding (DPO) | | 100.5 | 83.7 | 42.5 | 28.3 | 28.3 | | |
| Other Current Liabilities as % Revenue | | 4.4% | 1.7% | 1.3% | 1.1% | 1.1% | | |
| **Pre-Tax Operating Free Cash Flow (FCF)** | $ | 160 | $ 647 | $ 1,704 | $ (7,873) | $ 4,319 | | |
| *% of Revenue* | | *9.5%* | *16.5%* | *28.3%* | *-101.9%* | *43.9%* | | |

**KPMG Assumptions:**

- Cost of Sales includes: Spectrum, Bandwidth, and Customer Acquisition Cost expense lines

- Operating Expenses includes: Tower Rent & Power, Network Monitoring and Maintenance, CRM, Management, and G&A and Compliance expense lines

- Capital Expenditures includes Capital Expenditures Non-BIP Operations from the Statement of Cash Flows and we assumed 2023 to be $3M

- Net Working Capital in 2023 is projected using the following metrics:

  - Accounts Receivable: 2023 Revenue (divided by 365) and multiplied by Days Sales Outstanding (DSO) of 5.7

  - Inventory: 2023 Cost of Sales divided by 2023 Inventory Turnover of 2.0

  - Accounts Payable: 2023 Revenue (divided by 365) and multiplied by Days Payable Outstanding (DPO) of 28.3

  - Other Current Liabilities: 2023 Revenue multiplied by 1.1% which is Other Current Liabilities as a percent of Revenue

©2021 KPMG Corporate Finance LLC, a Delaware limited liability company. Member FINRA/SIPC. KPMG Corporate Finance LLC is a subsidiary of KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.



# Preliminary Valuation Summary

**Following our preliminary review of the business and the information provided to date, we believe the marketplace will respond with a value range of 6.9x to 8.2x 2021E EBITDA of ~$4.4M. This results in an estimated enterprise value range of $30.4M to $35.8M.**

| Public Comparable Median EV / EBITDA Multiple | Size and Liquidity Discount | Discounted EV / EBITDA Multiple Range (-/+ 0.5x) |
|---|---|---|
| 9.9x | (25%) | 6.9x-7.9x |

($ in millions)

$30.4 ▮ $34.8

| Transaction Comparable Median EV / EBITDA Multiple | Size Discount | Discounted EV / EBITDA Multiple Range (-/+ 0.5x) |
|---|---|---|
| 10.2x | (25%) | 7.2x-8.2x |

$31.4 ▮ $35.8



©2021 KPMG Corporate Finance LLC, a Delaware limited liability company. Member FINRA/SIPC. KPMG Corporate Finance LLC is a subsidiary of KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

# Illustrative Transaction Process Timeline

| | Key Tasks | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Beyond |
|---|---|---|---|---|---|---|---|
| **Preparation** | Information gathering / building virtual data room (VDR) | ▬▶ | | | | | |
| | Finalize financial model | ▬▶ | | | | | |
| | Continue preparation of CIM and teaser | ▬▶ | | | | | |
| | Potential preparation of Sell-Side Q of E Report | ▬▶ | | | | | |
| | Finalize potential buyers | ▬▶ | | | | | |
| | Finalize NDA | ▶ | | | | | |
| **First Round** | Go-to-market | | ● | | | | |
| | Buyers review CIM and engage in Q&A with KPMG CF | | ▬▶ | | | | |
| | Distribute IOI process letter | | ● | | | | |
| | Prepare management presentation | | ▬▶ | | | | |
| | Receive and evaluate 1st round offers (IOIs) | | | ● | | | |
| | Management presentation dry run(s) | | ▶ | | | | |
| **Second Round** | Host management meetings | | | ▶ | | | |
| | Open VDR, facilitate additional Q&A sessions | | | ▬▶ | | | |
| | Distribute form purchase agreement | | | ● | | | |
| | Receive and evaluate 2nd round offers (LOIs) | | | ● | | | |
| | Select final buyer | | | ● | | | |
| **Closing** | Buyer conducts final / confirmatory due diligence | | | | ▬▬▶ | | |
| | Negotiate purchase agreement | | | | ▬▬▬▶ | | |
| | Sign and seek any necessary approvals for closing | | | | ▬▬▬▶ | | |
| | Close transaction | | | | | | ● |



©2021 KPMG Corporate Finance LLC, a Delaware limited liability company. Member FINRA/SIPC. KPMG Corporate Finance LLC is a subsidiary of KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

8



The information contained herein is of a general nature and is not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act upon such information without appropriate professional advice after a thorough examination of the particular situation.

©2021 KPMG Corporate Finance LLC, a Delaware limited liability company. Member FINRA/SIPC. KPMG Corporate Finance LLC is a subsidiary of KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

The KPMG name and logo are trademarks used under license by the independent member firms of the KPMG global organization.