# EXHIBIT M



# Pinpoint
ADVISORS IN CAPITAL

## The Fiber Market Report

**MARKET UPDATE – Q1 2023**

May 16, 2023

**ANDREW SEMENAK**
(647) 576-7115
asemenak@pinpointadvisors.com

**ADRIAN GRANDILLI**
(647) 576-7075
agrandilli@pinpointadvisors.com

**KARIM ISKANDER**
(647) 576-7160
kiskander@pinpointadvisors.com

**NAJIB GUITI**
(647) 598-8700
nguiti@pinpointadvisors.com

# Fiber Market Highlights

**Uniti Q1 Results Beat Analysts' Consensus.** Q1 revenue was $289.8mm, above consensus of $288.0mm and adjusted EBITDA was $231.2mm vs. consensus of $226.9mm (beat by 1.9%). The company ended the quarter with net leverage (net debt / TTM EBITDA) of 5.9x.

**Cogent Reports Q1 Results Slightly Below Consensus.** Cogent reported Q1 revenue of $153.6mm, slightly below consensus of $153.9mm and adjusted EBITDA of $56.1mm vs consensus of $58.4mm. Netcentric revenues, normalized for currency, increased 10.2% y/y (vs. 15.2% y/y in Q4), benefitting from continuing growth in video, traffic, and streaming.

**Frontier Sets Quarterly Record for Fiber Adds.** Frontier set a new record for fiber broadband customer additions in Q1 2023 with 87,000 adds (84,000 net). The company also confirmed its previous plans to pass 1.3mm additional locations by year-end, increasing capex guidance from $2.8B to $3-3.2B due to higher build costs and inventory levels. Despite losses in copper revenue, Frontier reported y/y EBITDA growth for the first time in over 5 years.

**FCC Proposes Fines for Second Group of RDOF Applicants.** The FCC has proposed $8.8mm in fines against 22 RDOF applicants for defaulting on their bids between May and December of last year. The defaults have prevented over 293,000 locations spanning 31 states from receiving new investments in broadband infrastructure.

**Cogent Closes Acquisition of T-Mobile's Wireline Business.** The transaction was first announced last September and included all long-haul fiber assets initially acquired by T-Mobile in its merger with Sprint. While Cogent has not disclosed how much it paid for the assets, the sales agreement calls for Cogent to supply IP transit services to T-Mobile for 54 months for a fee of $700 million.

**European FTTH Market Continues Rapid Growth.** A report by the FTTH Council Europe estimated coverage across EU39 countries at 62.3%, growing at 5.3% y/y (vs. 13% in the US). 30 of the 39 European countries selected in the study have passed over 50% of total homes with fiber, though key contributors such as the UK (42%) and Germany (23.6%) remain below 50%. The selected countries combine for 20.6mm additional passings over the last 12 months.

**Google Fiber Set to Launch New Services in Iowa and Arizona.** The company has received approval to deploy FTTH in Council Bluffs, IA, its network's third city in Iowa after West Des Moines and Des Moines. Google Fiber also reaffirmed plans to debut 8GB fiber internet in Mesa, AZ.

**Ziply Fiber Launches 10GB Internet in 4 States.** Ziply Fiber asserted itself as the "fastest residential internet provider in the Northwest" after launching its new 10-Gig symmetrical service across four states. CEO Harold Zeitz expects Ziply to offer the fastest speeds in the firm's markets in the states of Washington, Oregon, Idaho, and Montana.

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



# Fiber Market Highlights

**Dell'Oro Forecasts 2023 Growth in Telecom Equipment Spending.** As of its most recent Telecom Capex Report, Dell'Oro expects global spending on wireless and wireline equipment to grow 1% YOY in 2023, despite forecasting a 2-3% decline in telecom capex over the next three years. Decrease in North American capex accounts for a significant portion of the slowdown, offset by higher expenditure in India.

**Estimated Supply Chain Lead Times Drop.** The Fiber Broadband Association's supply chain working group recently reported several improvements to its Fiber Broadband Supply Chain outlook. Minimum lead times for key fiber supply chain components, such as fiber optic cables, conduit, and multiport terminals, have decreased between 60-92% since September 2022.

**RVA Expects 100mm U.S. FTTH Passings in Next 10 Years.** RVA Market Research and Consulting's North American Fiber Broadband Report also estimates over $135B in investments in FTTH by 2027, revising projections made in March 2021 when it forecasted $60mm in capital deployed over a 5-year period. The forecast is based on hundreds of interviews with industry experts, vendors, and providers, along with over 3,500 consumer surveys.

**US Fiber Adoption Below OECD Average** The US ranks 31 out of 38 countries in fiber subscribers as a % of total fixed broadband subscriptions at 19.9% (vs. 19.4% in June 2021), according to latest OECD data. Estimated fiber subscriber growth of 5.7% y/y also places the US as one of the slowest-growing OECD countries, ranking 33 out of 37. Cable remains the most common technology in the country, according for 62.9% of total fixed broadband subscriptions.

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



# Fiber Market Transactions

## Notable Financial Investor Transactions

| Investor(s) | Funded / Acquired | Value ($mm) | Date Announced | Network Locations | Description |
|---|---|---|---|---|---|
| Oak Hill Capital | Lit Communities | $150 | May-23 | Midwest, Northeast, Southwest | Oak Hill Capital committed $150mm to Lit Communities to accelerate deployment of it's fiber network to unserved and underserved areas with >200,000 locations in the pipeline |
| Mubadala Investment Company | Brightspeed | $500 | May-23 | Midwest, Southeast, Northeast | Mubadala announced a $500mm investment in Charlotte-based internet provider Brightspeed, the fifth largest ILEC in the U.S. |
| Crestline, RET Ventures, Essex Property Trust, UDR | Gigstreem | $59 | Apr-23 | Nationwide | Crestline led two capital raises in Q1 2023 for a total of $59mm to allow Gigstreem, a national provider of residential and commercial broadband services, to pursue strategic acquisitions and continued development |
| Macquarie | Pavlov Media | NA | Mar-23 | Nationwide | Macquarie made a preferred equity investment in Pavlov Media, one of the largest fiber service providers to off-campus student housing units, including 800 MDU buildings in 150 markets in the U.S. and Canada |
| Wafra, Post Road Group | Intermountain Infrastructure Group | NA | Feb-23 | West, Midwest, Canada | Wafra and Post Road Group invested in Intermountain Infrastructure Group, a fiber developer and operator serving enterprise customers with fiber routes in 8 states/provinces across the U.S. and Canada |
| SDC Capital Partners | Cityside Networks | NA | Feb-23 | West | SDC Capital Partners acquired a majority stake in FTTP service provider Cityside Networks, which serves residential and business customers in Southern CA |
| Berkshire Partners | Point Broadband | NA | Feb-23 | Nationwide | Point Broadband is set to receive a significant investment from Berkshire Partners to accelerate deployment of fiber broadband solutions in rural communities |
| DigitalBridge | Surf Internet | $100 | Feb-23 | Midwest | Surf Internet raised $100mm of debt financing from DigitalBridge to support fiber network expansion in the Great Lakes Region. Surf's expansion plans are also supported by existing investors Bain Capital and Post Road Group |
| GI Partners | Rise Broadband | NA | Feb-23 | Midwest, West, Southwest | GI Partners acquired fiber and fixed wireless service provider Rise Broadband, committing capital for a network rollout of FTTH services. Rise provides services in 16 states |

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



# Fiber Market Transactions

## Notable Financial Investor Transactions

| Investor(s) | Funded / Acquired | Value ($mm) | Date Announced | Network Locations | Description |
|---|---|---|---|---|---|
| CBRE Investment Management | Gateway Fiber | NA | Jan-23 | Midwest | CBRE Investment Management acquired Gateway Fiber, FTTH developer and service provider covering 12 cities in MO, from Crosstimbers Capital Group |
| DIF Capital Partners | RFNOW | NA | Jan-23 | Canada | DIF Capital Partners invested in RFNOW, an enterprise and residential fiber and fixed wireless service provider with 1,500 km of fiber in Manitoba and Saskatchewan, Canada |
| BlackRock | AT&T | NA | Jan-23 | Nationwide | AT&T and BlackRock formed a joint venture, Gigapower, to provide fiber network services to internet service providers and other businesses in select Metro areas throughout the U.S. |

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



# Fiber Market Transactions

## Notable Strategic Investor Transactions

| Investor(s) | Funded / Acquired | Value ($mm) | Date Announced | Network Locations | Description |
|---|---|---|---|---|---|
| Ziply | Ptera | NA | Mar-23 | Northwest | Ziply Fiber agreed to acquire Ptera, a fiber and fixed wireless internet service provider based in Liberty Lake, WA |
| i3 Broadband | Big River Broadband | NA | Feb-23 | Midwest | i3 Broadband acquired commercial communications company Big River Broadband and subsidiary, Circle Fiber, a fiber internet service provider in Southeast MO |
| LiveOak Fiber | ATC Broadband | NA | Feb-23 | Southeast | LiveOak Fiber acquired fiber network assets from ATC Broadband in Glynn and Camden Counties, GA |
| Tahoe Network Infrastructure | E-Vergent | $11 | Jan-23 | Midwest | Tahoe Network Infrastructure acquired E-Vergent, a Wisconsin-based fiber and fixed wireless service provider, for $11.2mm |
| Arvig | ALP Utilities | NA | Jan-23 | Midwest | Arvig acquired a fiber network of 77 route miles from ALP Utilities that serves 130 businesses in Alexandria, MN |
| WANRack | KwiKom Communications | NA | Jan-23 | Midwest | WANRack acquired fiber and fixed wireless network operator and service provider KwiKom Communications. KwiKom provides services in KS, MO, OK, and NE |
| Amherst Communications | Union Telephone | NA | Jan-23 | Midwest | Amhrest Communications acquired Union Telephone Company to expand its fiber internet into rural WI |
| ImOn Communications | FiberComm | NA | Jan-23 | Midwest | ImOn Communications will acquire internet service provider FiberComm to expand its fiber footprint and offer services in Western IA in the Sioux City area |
| Archtop Fiber | Hancock Telephone Company | NA | Jan-23 | Northeast | Archtop Fiber will acquire family-owned telecommunications provider Hancock Telephone Company. The transaction will allow Archtop to provide broadband services across Delaware County, NY and Northeastern PA |
| Ozark Fiber | Missouri Telecom | NA | Jan-23 | Midwest | Ozark Fiber acquired Missouri Telecom's residential and SMB internet and voice business. Ozark began construction of a fiber network in Monett, MO last September and will transition Missouri Telecom customers by Q2 2023 |

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



# Fiber Development Activity

## Notable Fiber Development/Expansion Activity

| Company | Development Area | Capital ($mm) | Locations Connected | Date | Description |
|---|---|---|---|---|---|
| FastBridge Fiber | PA | NA | NA | May-23 | FastBridge Fiber commenced the expansion of its fiber network to the Greater Williamsport Area and will deploy fiber in Bloomsburg and Danville, PA soon |
| WideOpenWest | Greenville County, SC | NA | NA | Apr-23 | WideOpenWest commenced construction of an all-fiber network in Greenville County, SC |
| Empire Access | PA | NA | NA | Apr-23 | Antin-backed Empire Access is expanding their PA network to the communities of Bloomsburg, Hazleton, and Nanticoke |
| i3 Broadband | Greater Rockford, IL | NA | NA | Apr-23 | i3 Broadband announced plans to expand its 100% FTTH network across communities in the Greater Rockford Area |
| Ritter Communications | Dyersburg, TN | $3 | NA | Apr-23 | Ritter Communications expanded its state-of-the-art fiber network to Dyersburg, TN through a $2.5mm investment |
| Omni Fiber | Wilmington, OH | $7 | NA | Apr-23 | Omni Fiber announced a $7mm investment to bring their fiber network to the residents of Wilmington, OH |
| 123NET | Saline, MI | NA | 800 | Apr-23 | 123NET announced a 10-year contract to provide dark fiber services to the City of Saline, MI. 123NET is also expanding residential services to >800 residents in Saline |
| Unite Private Networks | Augusta, GA | NA | 5,200 | Apr-23 | Unite Private Networks will expand its footprint in Augusta, GA through a 90-mile deployment set to cover 5,200 locations |
| FirstLight | Hebron and Sumner, ME | NA | NA | Apr-23 | FirstLight will deploy >100 miles of fiber in rural ME, passing residents and businesses in the towns of Hebron and Sumner |
| FastBridge Fiber | Berks County, PA | NA | 13,000 | Mar-23 | FastBridge Fiber will expand its network to serve 13,000 new homes in Berks County, PA |
| Unite Private Networks | Waco, TX | NA | NA | Mar-23 | Unite Private Networks announced a 30-mile network expansion through the business district of Waco, TX |
| Wyyerd Fiber | Gilbert, AZ | NA | NA | Mar-23 | Wyyerd Fiber will expand its fiber network in Phoenix's East Valley, providing thousands of residents in Gilbert, AZ with FTTP services |
| Wyyerd Fiber | Chula Vista, CA | NA | NA | Mar-23 | Wyyerd Fiber is expanding its network to Chula Vista, CA to enable FTTX and Smart City services |

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



# Fiber Development Activity

## Notable Fiber Development/Expansion Activity

| Company | Development Area | Capital ($mm) | Locations Connected | Date | Description |
|---|---|---|---|---|---|
| Lumos Networks | Spartanburg County, SC | $60 | NA | Mar-23 | Lumos Networks will invest $60mm to build >700 miles of fiber in Spartanburg County, SC |
| Bluepeak | Norman, OK | 55 | 55,000 | Mar-23 | Bluepeak signed a franchise agreement to build a $55mm fiber network serving 55,000 locations in Norman, OK |
| Fastwyre Broadband | Oakdale, LA | NA | NA | Mar-23 | Fastwyre Broadband is expanding its fiber network services to Oakdale, LA |
| PocketiNet, LS Networks | Waitsburg, WA | NA | 500 | Mar-23 | LS Networks and PocketiNet are expanding their fiber network to pass 500 new locations in Waitsburg, WA |
| Ting Internet | Alexandria, VA | NA | 90,000 | Mar-23 | Ting Internet launched fiber services in Alexandria, VA, after starting development in September to pass >90,000 locations |
| GoNetspeed | Waterbury, CT | $9 | 18,500 | Mar-23 | GoNetspeed completed construction of its $9.3mm fiber deployment in Waterbury, CT providing access to >18,500 locations in the city |
| Consolidated Communications | ME | $17 | 15,800 | Feb-23 | Consolidated Communications will expand its fiber network to underserved communities in ME through $17mm in grant funding |
| Consolidated Communications | NH | $40 | 57,000 | Feb-23 | Consolidated Communications will expand its fiber network to >57,000 locations across 6 counties in NH through $40mm in ARPA funding |
| GoNetspeed | CT | $7 | 7,600 | Feb-23 | GoNetspeed completed a $6.5mm fiber network buildout to serve 7,600 locations across the cities of Vernon, Rockville, and South Windsor, CT |
| Comcast | IN | $50 | 10,000 | Feb-23 | Comcast signed contracts with Indiana's Office of Community & Rural Affairs to deploy fiber in 19 counties, through a $50mm joint investment, serving >10,000 locations |
| AT&T | SC | $23 | 9,400 | Feb-23 | The South Carolina Broadband Office is partnering with AT&T Fiber in a project to serve ~2,500 customers in Greenville ($12.3mm) and ~6,900 customers in Charleston ($10.5mm) |
| IQ Fiber | FL | $36 | NA | Feb-23 | IQ Fiber launched $36mm network deployment projects in Nassau and St. John's Counties in FL |

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



# Fiber Development Activity

## Notable Fiber Development/Expansion Activity

| Company | Development Area | Capital ($mm) | Locations Connected | Date | Description |
|---|---|---|---|---|---|
| Greenlight Networks | NY | $57 | NA | Jan-23 | Greenlight Networks is deploying a $57mm fiber network to provide FTTH services in the Hudson Valley region of NY |
| GoNetspeed | Bangor, ME | $5 | 8,000 | Jan-23 | GoNetspeed invested $5mm to bring FTTH services to 8,000 locations in Bangor, ME |
| IQ Fiber | FL | $18 | NA | Jan-23 | IQ Fiber activated its $18mm FTTH network in Orange Park, FL. IQ is also expanding its fiber network in additional Clay County communities |
| Kinetic | GA | $35 | 4,500 | Jan-23 | Kinetic by Windstream will build out fiber to 4,500 locations across multiple counties in GA after being awarded $35mm in grant funding |
| Bluebird Network | IL | NA | NA | Jan-23 | Bluebird completed a 126-mile fiber buildout in IL connecting Aurora, Dixon, DeKalb, Sterling and Rock Falls to their network |
| Lumos Networks | SC | $100 | NA | Jan-23 | Lumos is investing $100mm to deploy 1,200 miles of fiber and expand internet access to Richland and Lexington Counties in SC |
| Bluespan | AZ, WA | NA | 750,000 | Jan-23 | Bluespan and Tarana completed >750,000 passings across AZ and WA through various hybrid fiber and wireless broadband projects |
| Premier Communications | Orange City, IA | NA | NA | Jan-23 | Premier Communications is deploying a fiber network to offer FTTP services in Orange City, IA |
| Metronet | Waterloo, IA | $24 | NA | Jan-23 | Metronet completed fiber builds in its initial construction area in Waterloo, IA with residents and businesses now having access to multi-gig internet. Metronet estimated an initial investment of $24mm |
| 123NET, DayStarr, Peninsula Fiber Network | MI | NA | NA | Jan-23 | 123NET, DayStarr Communications, and Peninsula Fiber Network commenced construction of a 90-mile fiber route between Southfield and Lasning, MI |
| Greenlight Networks | Clifton Park, NY | $16 | 12,000 | Jan-23 | Greenlight Networks will continue expanding its fiber network in Clifton Park, NY through a $16mm investment that will serve 12,000 locations by the end of 2024 |

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



# Valuation Trends

**Uniti & Cogent Public Trading Multiples**

| | Symbol | Price 2023/05/12 | Shares Outstanding (mm) | Mkt. Cap. (mm) | Ent. Val. (mm) | Net Debt / LQA EBITDA | LTM Revenue (MM) | LTM EBITDA (MM) | Div. Yield | EV/LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|
| **Uniti Group** | UNIT | $3.68 | 236.4 | $870 | $6,300 | 5.87x | $1,141 | $912 | 16.3% | 6.9x |
| **Cogent Comm.** | CCOI | $64.07 | 48.0 | $3,076 | $4,112 | 4.6x | $604 | $232 | 5.8% | 17.7x |

**Notes:**
- EBITDA figures reflect "Adjusted EBITDA"

**Broadband Providers EV/LTM EBITDA (Publicly-Traded Companies)**



**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



FIBER MARKET UPDATE – Q1 2023

# Global Fiber Adoption

11

**OECD Countries with Fiber as Primary Fixed Broadband Technology**



**Notes:**
- U.S. not included since primary fixed broadband technology is currently cable.
- Data provided by OECD as of February 2023.

**Europe vs U.S. FTTH/B Homes Passed**



**Notes:**
- Data for European countries provided by FTTH Council Europe.
- Data for U.S. provided by RVA as of December 2022.

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



**FIBER MARKET UPDATE – Q1 2023**

# U.S. Broadband Speeds

**Top 10 Populous U.S. Cities for Fixed Broadband Internet Speeds (Downloads Mbps)**



**Notes:**
- Data provided by Speedtest / Ookla.
- Metrics for Q1 2023.
- Ranking of 100 most populous U.S. cities.

**Top 10 U.S. States for Fixed Broadband Internet Speeds (Download Mbps)**



**Notes:**
- Data provided by Speedtest / Ookla.
- Metrics for Q1 2023.

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



12

# U.S. Broadband Speeds

**U.S. Median Fixed Broadband Speeds (Download Mbps)**



**Notes:**
- Data provided by Speedtest / Ookla.
- As of March 2023.

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



**FIBER MARKET UPDATE – Q1 2023**

# Macro Economics

14

**90 Day U.S. LIBOR**



**U.S. GDP per Capita**



**5 Year U.S. Treasury Yield**



**U.S. CPI Inflation**



**U.S. Treasury Yield Curve**[1]



**U.S. Unemployment Rate**



**Notes:**
(1) As at May 03, 2023

**Sources:** Public company quarterly disclosures and press releases, Broadband Communities, Institutional Investing in Infrastructure, Dgtl Infra, Lightwave, Wired, Fiber Broadband Association, Broadband Technology Report, Fibre Systems, RBC Capital Markets, St. Louis Fed, U.S. Bureau of Labor Statistics, Speedtest, Ookla, FTTH Council Europe, RVA, OECD



Pinpoint
ADVISORS IN CAPITAL

ABOUT
# Pinpoint Capital Advisors

15

Pinpoint Capital Advisors[1] is a leading boutique investment bank focused exclusively on the mid-market digital infrastructure sector including fiber, wireless towers and data centers. Pinpoint advises companies on transactions (business sales) and raises capital for growth from longer-term, lower cost institutional investors.

We would be delighted to discuss your fiber business with you and would be happy to provide further information on our credentials, approach, and process.

Please feel free to connect with our experienced team. We'd love to hear from you!

**Andrew Semenak**
Managing Director
t 647 576 7115
c 416 930 1597
asemenak@pinpointadvisors.com

**Adrian Grandilli, CFA**
Vice President
t 647 576 7075
c 416 573 7646
agrandilli@pinpointadvisors.com

**Karim Iskander, CFA**
Associate
t 647 576 7160
c 647 272 5732
kiskander@pinpointadvisors.com

**Najib Guiti**
Analyst
t 647 598 8700
c 437 997 2129
nguiti@pinpointadvisors.com

**Website**
https://pinpointadvisors.com/

**Toronto**
56 Temperance Street, 7th Floor
Toronto, ON, M5H 3V5

**Chicago (Mailbox)**
355 E Ohio Street, Box 11772
Chicago, IL 60611

(1) Securities Products and Investment Banking Services are offered through BA Securities, LLC. Member FINRA SIPC. Pinpoint Capital Advisors Incorporated, a business consulting company and BA Securities, LLC are separate, unaffiliated entities.

**Important Notice:** This quarterly industry update report ("Report") has been prepared by Pinpoint Capital Advisors Incorporated ("Pinpoint") from publicly available information. Pinpoint does not make any representation or warranty (express or implied) as to the accuracy or completeness of the information contained herein, and has no liability for the information contained in, or omission from, this Report. Nothing in this Report constitutes financial, legal, accounting, tax or investment advice. This report is not an offer to sell or a solicitation of an offer to buy any securities. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction. Pinpoint accepts no liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein.

