IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BLOOSURF, LLC,                         *

   *Plaintiff*,                         *

v.                                     *      Civil Action No. RDB-24-1047

T-MOBILE USA, INC. and TDI             *
ACQUISITION SUB, LLC,
                                         *

   *Defendants.*
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 28th day of March, 2025, that:

1. Plaintiff Bloosurf, LLC's Motion for Leave to Amend Complaint (ECF No. 29) is GRANTED;

2. Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (ECF No. 23), which the Court construes as if directed to the amended pleading (ECF No. 29-2), is GRANTED;

3. Specifically, Count I of Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE; Counts II, III, IV, V, and VI are DISMISSED WITHOUT PREJUDICE, with leave to Plaintiff to file a further amended complaint within fourteen days of this Order, i.e., by April 11, 2025. If a further amended complaint is not filed by April 11, 2025, the Clerk of this Court is directed to CLOSE this case with a DISMISSAL WITH PREJUDICE;

4. The Clerk of Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel.

5. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

                                                     /s/
                                       Richard D. Bennett
                                       United States Senior District Judge